IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:03-CR-00156-01-BRW

PATRICK YUVERNE SIMS

## ORDER

Pending is Defendant Patrick Sims' Motion for Early Termination of Supervised Release (Doc. No. 57). The United States has responded.[1]

I am satisfied that early termination is warranted by Mr. Sims' conduct and is in the interest of justice. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 7th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 56, 61.